**Opinion issued June 11, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-23-00649-CV

———————————————

**WALLACE MCNARY, Appellant**

**V.**

**NORTH EAST PINE VILLAGE HOME OWNERS ASSOCIATION,
Appellee**

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Case No. 1207426**

---

## MEMORANDUM OPINION

Appellant, Wallace McNary, filed a notice of appeal from the trial court's

August 23, 2023 final judgment. Appellant has failed to timely file a brief. *See* TEX.

R. APP. P. 38.6(a) (governing time to file brief).

The record in this appeal was originally due on or before October 23, 2023. The clerk's record was filed on September 28, 2023. On October 27, 2023, the court reporter notified the Court that no record was taken in this case. Accordingly, appellant's brief was due to be filed on or before November 27, 2023. *See* TEX. R. APP. P. 38.6(a).

Appellant did not file an appellant's brief by that deadline. On December 28, 2023, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). On January 8, 2024, appellant filed a motion to extend the deadline for filing his appellant's brief. The Court granted appellant's motion, extending the deadline to file his brief to February 7, 2024. Appellant did not file a brief by the extended deadline.

On February 14, 2024, the Clerk of this Court again notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 42.3(c). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP.
P. 42.3(b), (c); 43.2(f).  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.